John Melnik *30576
**Name**
High Desert State Prison
Po Box 650
Indian Springs, NV. 89070
**Prison Number**

```
┌─────────────────────────────────────┐
│ ___ FILED        ___ RECEIVED        │
│ ___ ENTERED      ___ SERVED ON       │
│        COUNSEL/PARTIES OF RECORD     │
│   ┌─────────────────────────┐        │
│   │                         │        │
│   │      SEP - 5 2017        │        │
│   │                         │        │
│   └─────────────────────────┘        │
│        CLERK US DISTRICT COURT       │
│         DISTRICT OF NEVADA           │
│ BY:_____ DEPUTY   │
└─────────────────────────────────────┘
```

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

|  |  |  |
|---|---|---|
| John Melnik | ) | |
| **Plaintiff,** | ) | 2:17-cv-02378 |
| | ) | |
| **vs.** | ) | **CASE NO.** _____ |
| | ) | **(To be supplied by the Clerk)** |
| Dr. Romeo Aranas | ) | |
| | ) | |
| _____ | ) | **CIVIL RIGHTS COMPLAINT** |
| | ) | **PURSUANT TO** |
| _____ | ) | **42 U.S.C. § 1983** |
| | ) | Jury Trial - Demanded |
| _____ | ) | |
| | ) | |
| _____ | ) | |
| **Defendant(s).** | ) | |

## A. JURISDICTION

1) This complaint alleges that the civil rights of Plaintiff, John Melnik
   **(Print Plaintiff's name)**

who presently resides at High Desert State Prison , were

violated by the actions of the below named individuals which were directed against

Plaintiff at Ely State Prison on the following dates

**(Institution/city where violation occurred)**

11-24-15 — 1-17-17
November 24, 2015-January 2017
**(Count I)** , **(Count II)** , and _____ .
**(Count III)**

**Make a copy of this page to provide the below
information if you are naming more than five (5) defendants**

2) Defendant <u>ROMEO Aranas</u>              resides at <u>P.O. Box 7011. Carson City, NV 89702</u>
                (full name of first defendant)                                    (address if first defendant)
and is employed as <u>Medical Director of NDOC</u> . This defendant is sued in his/her
                      (defendant's position and title, if any)
__X__ individual __X__ official capacity. (Check one or both). Explain how this defendant was
acting

under color of law: <u>As Medical Director Dr. Aranas is responsible for</u>
<u>the medical welfare of all inmates of the NDOC</u>

3) Defendant _____ resides at _____
                (full name of first defendant)                                    (address if first defendant)
and is employed as _____ . This defendant is sued in his/her
                      (defendant's position and title, if any)
___ individual ___ official capacity. (Check one or both). Explain how this defendant was
acting

under color of law: _____
_____

4) Defendant _____ resides at _____
                (full name of first defendant)                                    (address if first defendant)
and is employed as _____ . This defendant is sued in his/her
                      (defendant's position and title, if any)
___ individual ___ official capacity. (Check one or both). Explain how this defendant was
acting

under color of law: _____
_____

5) Defendant _____ resides at _____
                (full name of first defendant)                                    (address if first defendant)
and is employed as _____ . This defendant is sued in his/her
                      (defendant's position and title, if any)
___ individual ___ official capacity. (Check one or both). Explain how this defendant was
acting

under color of law: _____
_____

2

6) Defendant _____ resides at _____,
                   (full name of first defendant)              (address if first defendant)
   and is employed as _____ . This defendant is sued in his/her
                        (defendant's position and title, if any)
   ___ individual ___ official capacity.  (Check one or both).  Explain how this defendant was acting

   under color of law: _____

   _____

7) Jurisdiction is invoked pursuant to 28 U.S.C. § 1343 (a)(3) and 42 U.S.C. § 1983.  If you wish to assert jurisdiction under different or additional statutes, list them below.

   _____Jury Trial Demanded_____

   _____

- - - - - - - - - - - - - - - - - - - - - - - - -

## B. NATURE OF THE CASE

1)      Briefly state the background of your case.

Plaintiff was diagnoses with Hepatitis C (HCV) in 2006 while at Southern Desert Correctional Center (S.D.C.C.) Between 2006 and 2014 there was no successful cure for HCV. In 2014 the F.D.A. approved a cure for HCV. At this time Plaintiff began kiting medical at High Desert State Prison (HDSP) seeking the cure.

On April 29, 2015, Plaintiff was transferred to Ely State Prison (E.S.P.), where Plaintiff was retested for HCV. After determining that Plaintiff was in fact HCV positive, Plaintiffs A.P.R.I score was tracked.

It was explained to Plaintiff that per Medical Directive 219 and Nevada Department of Corrections policy, an inmate cannot be treated for HCV unless the inmates A.P.R.I score reaches 2.0.

In November 2015, Plaintiffs A.P.R.I score reached and passed 2.0.

- - - - - - - - - - - - - - - - - - - - - - - - -

## C. CAUSE OF ACTION

## NATURE OF CASE CONT

making Plaintiff eligible for HCV treatment/cure per N.O.OC. policy. Between November 2015 and January 2017, Plaintiff was denied treatment for HCV on at least three occasions by the Hepatitis C treatment and the Utilization Review Committee, headed by Dr. Romeo Aranas N.D.O.C. Medical Director and the person responsible for approving/disapproving treatment recommendation

Between November 2015 and January 2017, Plaintiff wrote Kites, medical Kites, grievances and letters to the U.R.C., asking for treatment for HCV, stating his concern and fears of developing cirrhosis of the liver or some type of cancer. All of which have either been ignored, denied or passed on to someone else who had no authority to effect a decision on way or another.

On June 21, 2017 Plaintiff was told via teleconference that the results of a May 30, 2017 ultrasound conducted at H.D.S.P. reflect that Plaintiff had developed, due to untreated HCV, Class A Cirrhosis of the liver. Plaintiff was also made aware of a December 15, 2016 ultrasound that Plaintiff had Cirrhosis then as well.

## COUNT I

The following civil rights has been violated: Deliberate Indifference of a Serious Medical Need in violation of the Eighth Amendment of the United States Constitution

**Supporting Facts:** [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

1. Serious Medical Need:

Plaintiff was diagnosed with H.C.V. in 2006, while at S.D.C.C. And until 2014 there was no successful cure for this disease. when the Food and Drug Administration approved Solvadi in 2014, Plaintiff began kiting medical for treatment for HCV, at H.D.S.P.

On 4-29-15, Plaintiff was transferred to E.S.P. and during the intake interview with medical, Nurse Dawn Jones, Plaintiff notified her that he was HCV positive. Nurse Jones noted that Plaintiff should be submitted for lab work to determine if he qualified for treatment.

Shortly thereafter, Plaintiff was given a blood draw to determine genome type of HCV as well as his A.P.R.I score. Plaintiff was then seen by Dr. Michael Koehne and told that his A.P.R.I was not yet high enough to be submitted for treatment. Dr. Koehne explained that N.D.O.C policy for the treatment for HCV requires the inmates A.P.R.I score to be 2.0 per Medical Directive 219.

Dr. Koehne notified Plaintiff that, through lab work, Plaintiffs A.P.R.I would be tracked. And in November 2015, it was determined that Plaintiffs A.P.R.I score, reached and exceeded

## Count ONE cont'

2.0.

## 2. Dr. Aranas' Knowledge of Serious Medical NEED:

On March 27, 2016, Plaintiff began the grievance procedure concerning not being treated for HCV and explained the risks of not being treated for HCV, such as cirrhosis, liver cancer, etc.. On May 23, 2016, Plaintiff recieved the denial of the informal grievance. On May 24, 2016, Plaintiff filed the First level grievance. On August 3, 2016 Plaintiff recieved the First level response, being UPHELD, stating that the Provider was scheduled to see Plaintiff to sign and go over the paperwork necessary to start the process of recieving treatment. This appointment was scheduled 7-12-16 by R.N. Dawn Jones. When the provider came to the unit on August 2, 2016, it was Dr. Romeo Aranas, who, at E.S.P. unit 6 A, in the presence of Nurse Kelly Lyons, stood 10 feet from Plaintiffs cell and stated that he had already seen Plaintiff, then exited the unit.

On August 4, 2016, Plaintiff filed the 2nd level grievance because the 1st level grievance that was UPHELD was denied by Dr. Aranas actions, and incident was added to 2nd level which was answered and denied by Defendant Dr. Aranas.

## 3. DEFENDANTS FAILURE TO PROVIDE TREATMENT:

On September 2, 2016, Plaintiff wrote another Informal grievance due to Plaintiffs belief that he was being lied to by Dr. Koehne concerning submitting Plaintiff for treatment. This grievance was denied because it was shown that on three separate occasions, 11-24-15, 3-30-16 and 8-31-16, Plaintiff was

(4a)

## Count One cont'd

1

2

3   was submitted for treatment, and as treatment was not

4   given, they were denied.

5   4. CAUSATION / INJURY :

6        On December 15, 2016 and again on May 30, 2017 through

7   ultrasounds performed on Plaintiff that Plaintiff now suffers

8   Cirrhosis of the liver, due to untreated HCV. Treatment which

9   was denied by the Defendant Romeo Aranas.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

(46)

## COUNT III

The following civil rights has been violated: _____

_____

_____

Supporting Facts: [Include all fact you consider important.  State the facts clearly,
in your own words, and without citing legal authority or argument.  Be sure you
describe exactly what each specific defendant (by name) did to violate your rights].

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1)      Have you filed other actions in state or federal courts involving the same or similar facts
as involved in this action?  ____ Yes  _X_ No.  If your answer is "Yes", describe each
lawsuit.  (If more than one, describe the others on an additional page following the below

6

outline).

    a)      Defendants: _____

    b)      Name of court and docket number: _____

    c)      Disposition (for example, was the case dismissed , appealed or is it still pending?):

                _____

    d)      Issues raised: _____

                _____

                _____

    e)      Approximate date it was filed: _____

    f)      Approximate date of disposition: _____

2)     Have you filed an action in federal court that was **dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted?**

     ____ Yes   ✗ No. If your answer is "Yes", describe each lawsuit. (If you had more than three actions dismissed based on the above reasons, describe the others on an additional page following the below outline.)

Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:

    a)      Defendants: _____

    b)      Name of court and case number: _____

    c)      The case was dismissed because it was found to be (check one): _____ frivolous ____ malicious or ____ failed to state a claim upon which relief could be granted.

    d)      Issues raised: _____

                _____

    e)      Approximate date it was filed: _____

    f)      Approximate date of disposition: _____

Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:

    a)      Defendants: _____

    b)      Name of court and case number: _____

c)  The case was dismissed because it was found to be (check one): _____ frivolous _____ malicious or _____ failed to state a claim upon which relief could be granted.

d)  Issues raised: _____

_____

e)  Approximate date it was filed: _____

f)  Approximate date of disposition: _____

Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:

a)  Defendants: _____.

b)  Name of court and case number: _____.

c)  The case was dismissed because it was found to be (check one): _____ frivolous _____ malicious or _____ failed to state a claim upon which relief could be granted.

d)  Issues raised: _____

_____

e)  Approximate date it was filed: _____

f)  Approximate date of disposition: _____

3)  Have you attempted to resolve the dispute stated in this action by seeking relief from the proper administrative officials, e.g., have you exhausted available administrative grievance procedures? _X_ Yes ____ No.  If your answer is "No", did you not attempt administrative relief because the dispute involved the validity of a: (1) ____ disciplinary hearing; (2) ____ state or federal court decision; (3) ____ state or federal law or regulation; (4) ____ parole board decision; or (5) ____ other _____.

If your answer is "Yes", provide the following information. Grievance Number 2006302 0432

Date and institution where grievance was filed March 27, 2016 Ely State Prison

Response to grievance: Denied - Upheld - Denied. That inmate would be seen.

_____

_____

8

**E. REQUEST FOR RELIEF**

I believe that I am entitled to the following relief:

For the irreparable harm Plaintiff seeks Compensatory Damages of $500,000.

For the Deliberate Indifference shown by Defendant Plaintiff Seeks $500,000 in Punitive Damages.

I understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury. **I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.** See 28 U.S.C. § 1746 and 18 U.S.C. § 1621.

_____
(Name of Person who prepared or helped prepare this complaint if not Plaintiff)

John Melnik
(Signature of Plaintiff)

8-29-17
(Date)

(Additional space if needed; identify what is being continued)

9