FILED

OCT 15 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JOHN MELNIK, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> ROMEO ARANAS, <br><br> Defendant-Appellee. | No. 20-15471 <br><br> D.C. No. 2:17-cv-02378-JCM-EJY <br> District of Nevada, <br> Las Vegas <br><br> ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

Appellant's unopposed motion (Docket Entry No. 26) to file under seal Volume III of the excerpts of record is granted. The Clerk shall publicly file the motion (Docket Entry No. 26-1), the opening brief (Docket Entry No. 24), and Volumes I and II of the excerpts of record (Docket Entry No. 25), and shall file under seal Volume III of the excerpts of record (Docket Entry No. 26-1).

The existing briefing schedule remains in effect.

gml/Appellate Commissioner