UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOHN MELNIK, | Case No. 2:17-CV-2378 JCM (EJY) |
| Plaintiff(s), | ORDER |
| v. | |
| ROMEO ARANAS, | |
| Defendant(s). | |

Presently before the court is the matter of *Melnik v. Aranas*, case number 2:17-cv-02378-JCM-EJY.

On February 28, 2020, this court granted defendant Dr. Romeo Aranas's ("Dr. Aranas") motion for summary judgment because the court found he was entitled to qualified immunity. (ECF Nos. 19, 25). Judgment was entered in Dr. Aranas's favor the same day. (ECF No. 26).

On March 18, 2020, plaintiff John Melnik ("Melnik") appealed. (ECF No. 27). On December 6, 2021, the Ninth Circuit reversed and remanded the case, finding that Dr. Aranas was not entitled to qualified immunity. (ECF No. 33). The order on mandate was entered on January 7, 2021. (ECF No. 36).

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the court's order (ECF No. 25), be, and the same hereby is, VACATED as to granting Dr. Aranas's motion for summary judgment.

IT IS FURTHER ORDERED that the parties shall file a JOINT STATUS REPORT within fourteen (14) days of this order informing the court of this action's status.

**James C. Mahan**
**U.S. District Judge**

1    The clerk is instructed to reopen the case accordingly.

2    DATED March 10, 2022.

3                                                _____
                                                 UNITED STATES DISTRICT JUDGE
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**James C. Mahan**
**U.S. District Judge**