AARON D. FORD
  Attorney General
CHRIS DAVIS (Bar No. 6616)
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-9252 (phone)
(702) 486-3773 (fax)
Email: cwdavis@ag.nv.gov

*Attorneys for Defendant*
*Romeo Aranas*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN MELNIK,<br><br>        Plaintiff,<br><br>v.<br><br>ROMEO ARANAS,<br><br>        Defendant. | Case No. 2:17-cv-02378-JCM-EJY<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Defendant Romeo Aranas, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Chris Davis, Senior Deputy Attorney General, and Plaintiff John Melnik, by and through counsel, Travis N. Barrick, Esq., of Gallian Welker & Associates, pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), that the above-captioned action, including all claims against all parties, be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///

///

///

///

///

///

///

The Parties have resolved this matter in its entirety and that the Court may accordingly close the case. Any outstanding deadlines are considered moot.

DATED: August 2, 2023.

| GALLIAN WELKER & ASSOCIATES | AARON D. FORD<br>Attorney General |
|---|---|
| By: */s/ Travis N. Barrick*<br>    Travis N. Barrick, Esq, Bar No. 9257<br>    *Attorneys for Plaintiff* | By:   */s/ Chris Davis*<br>    Chris Davis, Bar No. 6166<br>    Senior Deputy Attorney General<br>    *Attorneys for Defendant* |

**IT IS SO ORDERED.**

_____

**UNITED STATES DISTRICT JUDGE**

**DATED:** _____